**Electronically Filed
Supreme Court
SCWC-23-0000383
23-OCT-2024
12:40 PM
Dkt. 22 OGAC**

SCWC-23-0000383

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KIA'I WAI O WAI'ALE'ALE, an unincorporated association;
FRIENDS OF MĀHĀ'ULEPŪ, a nonprofit corporation,
Petitioners/Plaintiffs-Appellants/Appellees,

vs.

BOARD OF LAND AND NATURAL RESOURCES, STATE OF HAWAI'I,
Respondent/Defendant-Appellee/Appellant,

and

KAUA'I ISLAND UTILITY COOPERATIVE,
a domestic cooperative association,
Respondent/Defendant-Appellee/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000383; CASE NO. 1CCV-22-0000015)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner State of Hawai'i, Board of Land and Natural Resources' Application for Writ of Certiorari, filed on September 27, 2024, is hereby accepted and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, October 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

